B1 (Official Form 1) (04/13)

| United States Bankruptcy Court WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **BMC Oilfield Supply, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **26-3176102** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **400 FM 1340** **Hunt, TX**   ZIP CODE **78024** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: **Kerr** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO Box 395** **Hunt, TX**   ZIP CODE **78024** | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)**          **Page 2**

| | |
|---|---|
| # Voluntary Petition <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **BMC Oilfield Supply, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** _____ <br>                                           Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

     ☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____ <br>
          (Name of landlord that obtained judgment)

          _____ <br>
          (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **BMC Oilfield Supply, LLC**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

**X** /s/ J. Todd Malaise

**J. Todd Malaise**                    Bar No. **00796984**

**Malaise Law Firm**
**909 NE Loop 410, STE 300**
**San Antonio TX, 78209**

Phone No. **(210) 732-6699**          Fax No. **(210) 732-5826**

9/18/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**BMC Oilfield Supply, LLC**

**X** /s/ Billy D. McLaughlin
Signature of Authorized Individual

**Billy D. McLaughlin**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**9/18/2015**
Date

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **BMC Oilfield Supply, LLC**                         Case No. _____
                                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **BMC Oilfield Supply, LLC**  Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking 3151 | $0.00 |
| | | Wells Fargo savings | $53.47 |
| | | Wells Fargo checking 6961 | $0.00 |
| | | Wells Fargo checking 7266 | $0.00 |
| | | Wells Fargo checking 7753 | $0.00 |
| | | Wells Fargo checking 2210 | $21.66 |
| | | Wells Fargo checking 9060 | $0.00 |
| | | Wells Fargo checking 3141 | $0.00 |
| | | Wells Fargo checking 0164 | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BMC Oilfield Supply, LLC**                              Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BMC Oilfield Supply, LLC**                                     Case No. _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Promissory Note, $7,500/mo | $579,801.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | 2 judgments est | $2,500,000.00 |
| | | Refund owed from Texas State Comptroller for over payment of sales tax (amount is an estimate and will require filing amended returns) | $150,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BMC Oilfield Supply, LLC**                        Case No. _____

                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Account Receivable - total $222,823 (subject to offset and prior factoring of A/Rs) | $17,756.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment | $500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **BMC Oilfield Supply, LLC**　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 ____4____ continuation sheets attached　　　**Total  >**　　**$3,248,132.13**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **BMC Oilfield Supply, LLC**                                    Case No. _____
                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **BMC Oilfield Supply, LLC**                                    Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  | Subtotal (Total of this Page) > |  |  |  | $0.00 | $0.00 |
|  |  | Total (Use only on last page) > |  |  |  | $0.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **BMC Oilfield Supply, LLC**                                      Case No. _____
                                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **BMC Oilfield Supply, LLC**                    Case No. _____
                                                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Penalties for 941 1st and 2nd quarter 2015** | | | | **$2,000.00** | **$0.00** | **$2,000.00** |
| ACCT #: **xxxxxx2020**<br>**Midland Central Appraisal District**<br>**P.O. Box 908002**<br>**Midland, TX 79708-0002** | | DATE INCURRED: **2013, 2014, & 2105**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**Amount is for 2013 and & 2014. 2015 not yet assessed.** | | | | **$4,291.13** | **$4,291.13** | **$0.00** |
| ACCT #: **xxxxxx1774**<br>**Midland Central Appraisal District**<br>**P.O. Box 908002**<br>**Midland, TX 79708-0002** | | DATE INCURRED: **2013, 2104 & 2015**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**Amount is for 2013 and & 2014. 2015 not yet assessed** | | | | **$25,054.65** | **$25,054.65** | **$0.00** |
| ACCT #: **xxxxxx1258**<br>**Midland Central Appraisal District**<br>**P.O. Box 908002**<br>**Midland, TX 79708-0002** | | DATE INCURRED: **20123, 2014 & 2015**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**Amount is for 2013 and & 2014. 2015 not yet assessed** | | | | **$177.41** | **$177.41** | **$0.00** |
| ACCT #: **xxxxxx0847**<br>**Midland Central Appraisal District**<br>**P.O. Box 908002**<br>**Midland, TX 79708-0002** | | DATE INCURRED: **2013, 2014 & 2015**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**Amount is for 2013 and & 2014. 2015 not yet assessed** | | | | **$31.24** | **$31.24** | **$0.00** |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $31,554.43 | $29,554.43 | $2,000.00 |

Total > $31,554.43
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals > $29,554.43  $2,000.00
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **BMC Oilfield Supply, LLC**                                Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**4-Star Hose and Supply**<br>**PO Box 541356**<br>**Dallas, Texas 75354-1356** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ace Industrial Supply**<br>**7535 N. San Fernando Blvd.**<br>**Burbank CA 91505-1044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$509.00** |
| ACCT #:<br>**Ace Specialties**<br>**PO Box 1189**<br>**Odessa, Texas 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$279.00** |
| ACCT #:  **xx-xxx-xxxx792-6**<br>**AICCO, Inc.**<br>**P.O. Box 200455**<br>**Dallas, Texas 75320-0455** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**AIP Products Company, Inc.**<br>**P.O. Box 14088**<br>**Odessa, Texas  79768** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,930.00** |
| ACCT #:<br>**American Cleaning Systems**<br>**PO Box 7252**<br>**Odessa, TX 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,038.00** |

Subtotal >     **$3,756.00**

_____**16**_____ continuation sheets attached

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **BMC Oilfield Supply, LLC**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Atkins, Hollmann, Jones, Peacock Lewis & Lyon**<br>**3800 E 42nd St, Ste 500**<br>**Odessa, TX 79762** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - Summit Supply Co.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Austin Distributing**<br>**P.O. Box 7890**<br>**Amarillo, Texas 79114-7890** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$15,615.00** |
| ACCT #:<br>**B-Line Filter & Supply, Inc.**<br>**PO BOX 4598**<br>**Odessa, TX 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$27,162.00** |
| ACCT #:<br>**Barnett & Garcia**<br>**3821 Juniper Trace, Ste 108**<br>**Austin, TX 78738** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - South Coast Products**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Basin Broadband, Inc**<br>**ATTN: Billing Department**<br>**394 NE 1250**<br>**Andrews, Texas 79714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,287.36** |
| ACCT #:<br>**BellNunnally**<br>**3232 McKinney Ave, Ste 1400**<br>**Dallas, Texas 75204-2429** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$15,208.00** |

Sheet no. ____1____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$59,272.36**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BMC Oilfield Supply, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bestolife**<br>**P.O. Box 846127**<br>**Dallas, Texas 75284-6127** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$6,336.00** |
| ACCT #:<br>**Bishop Lifting Products, Inc.**<br>**P.O. Box 15619**<br>**Houston, Texas  77220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$781.00** |
| ACCT #:<br>**Black Gold Hot Shot, LLC**<br>**42 Kauai**<br>**Odessa, Texas 79762** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Braselton & Co. Bill Braselton**<br>**P.O. Box 95903**<br>**Oklahoma City, OK 73143** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$3,027.00** |
| ACCT #:<br>**Bridges Equipment LTD**<br>**P.O. Box 11335**<br>**Odessa, Texas 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$56,596.00** |
| ACCT #:<br>**Bronco Manufacturing LLC**<br>**12502 Mosielee St.**<br>**Houston, TX 77086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$32,687.00** |

Sheet no. ____2____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$99,427.00**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BMC Oilfield Supply, LLC**                     Case No. _____

                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bulldog Specialties**<br>P.O. Box 7037<br>Odessa, Texas 79760 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Amoutn reduced to $4,200 in payment agreement** | | | | $8,439.00 |
| ACCT #:<br>**C & C Equipment Specialist Inc**<br>PO Box 95571<br>Oklahoma City, OK 73143 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $3,131.00 |
| ACCT #:<br>**C2C Resources**<br>56 Perimeter East, Ste 100<br>Atlanta, GA 30346 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $14,752.00 |
| ACCT #:  **x9065**<br>**Capital Premium Financing Inc**<br>P.O. Box  660899<br>Dallas, Texas  75266-0899 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $6,151.00 |
| ACCT #:<br>**Certex USA, Inc./Stoehr Wire Rope**<br>PO Box 201553<br>Dallas, TX 75320-1553 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $5,431.00 |
| ACCT #:<br>**Cherokee Rental**<br>PO Box 13524<br>Odessa, TX 79768 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $4,580.00 |

Sheet no. ____3____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $42,484.00

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BMC Oilfield Supply, LLC**                                    Case No. _____

                                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Crowson Oilfield Specialty, Inc** <br> P.O. Box 12241 <br> Odessa, Texas 79768 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Crume Sales** <br> PO Box 69438 <br> 1603 S Marlin <br> Odessa, TX 79769 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$1,428.00** |
| ACCT #:  **xxxx0833** <br> **Custom Premium Finance LLC** <br> 784 Wall St, #110 <br> PO Box 1506 <br> O Fallon, Illinois  62269 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Dandy Specialties Inc.** <br> Dept 207 <br> P.O. Box 4346 <br> Houston, Tx  77210-4346 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$2,356.60** |
| ACCT #: <br> **David V. Willson, II** <br> 1233 W. Loop South, Ste 1000 <br> Houston, TX 77027 | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for - TSC Manufacturing** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Delta Rigging  & Tools Inc** <br> P.O. Box 671248 <br> Dallas, Texas  75267-1248 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$320.00** |

Sheet no. ____4____ of ____16____ continuation sheets attached to                                             **Subtotal >**          **$4,104.60**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BMC Oilfield Supply, LLC**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Derrick Equipment Company**<br>P.O. Box 301191<br>**Dallas, Texas  75303-1191** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,572.00 |
| ACCT #:<br>**Desert Energy Equipment Inc**<br>P.O. Box 13290<br>**Odessa, Texas  79768-3290** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,106.00 |
| ACCT #:<br>**DXP Enterprise Inc**<br>PO BOX 201791<br>**Dallas, TX 75320-1791** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $4,653.00 |
| ACCT #:<br>**E. C. Tool & Supply**<br>P.O. Box 1286<br>**Abilene, Texas  79604** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $7,945.00 |
| ACCT #:<br>**External Systems USA, Inc**<br>201 W. Washington Ave<br>**Midland, Texas  79701-5056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $275.00 |
| ACCT #:<br>**Filmark Products, Inc**<br>P.O. Box 60249<br>**Midland, Texas  79711** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $5,405.00 |

Sheet no. _____5_____ of _____16_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    **$21,956.00**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BMC Oilfield Supply, LLC**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Forum  US, Inc.**<br>**P.O. Box 203325**<br>**Dallas, Texas  75320-3325** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $156,029.00 |
| ACCT #:<br>**Fran Sales & Service**<br>**3730 Kermit Hwy**<br>**Odessa, TX 79764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $12,556.00 |
| ACCT #:<br>**Fran Sales & Service**<br>**3730 Kermit Highway**<br>**Odessa, Texas  79764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $12,556.00 |
| ACCT #:<br>**Frost Brown Todd**<br>**P.O. Box 70087**<br>**Louisville, KY  40270-0087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $3,622.00 |
| ACCT #:<br>**Gasket Service**<br>**PO Box 2373**<br>**Odessa, TX 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,749.00 |
| ACCT #:<br>**Glass Doctor of Odessa**<br>**701 N. County Road**<br>**West Odessa, Texas 79763** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $126.00 |

Sheet no. ____6____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $187,638.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BMC Oilfield Supply, LLC**                    Case No. _____

                                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Grainger** <br> Dept. 874846835 <br> P.O. Box 419267 <br> Kansas City, MO 64141-6267 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $1,440.00 |
| ACCT #: **xxxxxxx;1263** <br> **Greenberg, Grant & Richards, Inc.** <br> PO Box 571811 <br> Houston, TX 77257 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $2,805.00 |
| ACCT #: <br> **H&D Distributors** <br> 3236 Irving Blvd <br> Dallas, Texas 75247 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $3,505.00 |
| ACCT #: <br> **Heap Equipment** <br> 117 E. 1st St <br> Odessa, TX 79761 | X | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt/Lawsuit** <br> REMARKS: | | | | $29,407.00 |
| ACCT #: <br> **Horizon Cable** <br> PO Box 270895 <br> Oklahoma City, OK 73137 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $11,797.00 |
| ACCT #: **xxx1801** <br> **Huselton, Morgan & Maultsby, PC** <br> 12221 Merit Dr, Ste 1800 <br> Dallas, TX 75251 | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $1,575.00 |

Sheet no. ___7___ of ___16___ continuation sheets attached to            **Subtotal >**            **$50,529.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                             **Total >**
                                        (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BMC Oilfield Supply, LLC**                    Case No. _____

                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Interstate Batteries**<br>**P.O. Box 60264**<br>**Midland, Texas 79711** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,805.00 |
| ACCT #:<br>**IV Kings Rig Technicians**<br>**2500 S. Crane Ave**<br>**Odessa, TX 79763** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $17,587.00 |
| ACCT #:<br>**IV Kings Rig Technicians**<br>**PO Box 69570**<br>**Odessa, TX 79769** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $17,941.00 |
| ACCT #:<br>**Jet Specialty, Inc**<br>**PO Box 678286**<br>**Dallas, Texas 75267-8286** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $209.00 |
| ACCT #:<br>**M-I SWACO**<br>**P.O. Box 732135**<br>**Dallas, Texas, 75373-2135** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $8,683.00 |
| ACCT #:<br>**MATTCO**<br>**12000 Eastex Freeway**<br>**Houston, Texas 77039** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $651.00 |

Sheet no. ____8____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal >          $47,876.00

                                                Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BMC Oilfield Supply, LLC**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**McCreary Veselka Bragg & Allen, PC Attorneys at Law PO Box 1310 Round Rock, TX 78680** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Midalnd County**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**McCreless Company 1318 N. Grant Ave. Odessa, TX  79761** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$946.00** |
| ACCT #:<br>**McJunkin Red Man Corp. P.O. Box 676316 Dallas, TX 75267-6316** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$35,358.00** |
| ACCT #:<br>**Midland County c/o Don Stecker Linebarger Goggan Blair & Sampson 711 Navarro, Ste. 300 San Antonio, TX 78205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Midland RockHounds 5514 Champions Dr Midland, TX 79706** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$11,260.00** |
| ACCT #:<br>**Midland Rockhounds 5514 Champions Dr. Midland, Texas 79706** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$10,700.00** |

Sheet no. ____9____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$58,264.00**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BMC Oilfield Supply, LLC**          Case No. _____
                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Midwest Hose & Specialty**<br>P.O. Box 96558<br>Oklahoma City, OK  73143 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $8,108.00 |
| ACCT #:  **xxxxx2305**<br>**Monitronics Funding**<br>Dept. CH 8628<br>Palatine, IL  60055-8628 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $327.28 |
| ACCT #:<br>**Mud King Products, Inc.**<br>15211 Woodham Drive<br>Houston, Texas  77073 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Liability assumed by OMT as part of sale of assets** | | | | $336,584.00 |
| ACCT #:<br>**Mud Pump Maintenance**<br>P.O. Box  14018<br>Odessa, Texas  79768 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mudsmith, Ltd.**<br>310 W. Wall, Suite 200<br>Midland, Texas  79701 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $5,387.00 |
| ACCT #:<br>**National Hose & Accessory**<br>1831 S. Richey Street<br>P.O. Box 4887<br>Pasadena, Texas  77502-4887 | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $14,752.00 |

Sheet no. ____**10**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $365,158.28

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **BMC Oilfield Supply, LLC**                Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx5130**<br>**National Oilwell Varco**<br>**9720 Beechnut St**<br>**Houston, TX 77036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$9,281.00** |
| ACCT #:<br>**National Oilwell Varco**<br>**P.O. Box 200838**<br>**Dallas, Texas  75320-0838** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$12,546.00** |
| ACCT #:<br>**NOV Fluid Control**<br>**PO Box 202631**<br>**Dallas, Texas 75320** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**NOV-Mission**<br>**P.O. Box 200338**<br>**Dallas, Texas  75320-0338** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,517.00** |
| ACCT #:<br>**O'Drill / MCM**<br>**5055 Cranswick St.**<br>**Houston, TX 77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$4,769.00** |
| ACCT #:<br>**Oil Works**<br>**2416 North FM 1936**<br>**P.O. Box 69170**<br>**Odessa, Texas 79769** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$20,488.00** |

Sheet no. _____11_____ of _____16_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          **$48,601.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **BMC Oilfield Supply, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**OMT Supply, LLC**<br>**917 Oil Center**<br>**Abilene, TX 79601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Contract for sale of assets**<br>REMARKS:<br>**Possible claim for unpaid secured ad valorem taxes owed on assets purchased** | | X | | **Unknown** |
| ACCT #:<br>**Perdue Brandon Fielder Collins & Mott, L**<br>**1031 Andrews Hwy, Ste. 210**<br>**Midland, Texas 79701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Midland County**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Premium Oilfield Supply**<br>**6350 W. Sam Houston Pkwy N, Suite 150**<br>**Houston, TX 77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$4,648.00** |
| ACCT #:<br>**R and P Rig Service**<br>**3715 N. County Rd. West**<br>**Odessa, TX 79763** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$26,898.00** |
| ACCT #:<br>**Roughneck Supply, LLC**<br>**P.O. Box 858**<br>**Muskogee, OK 74402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$15,406.00** |
| ACCT #:<br>**Safety Solutions**<br>**P.O. Box 1191**<br>**Midland, Texas  79702** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$662.00** |

Sheet no. ____**12**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$47,614.00**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **BMC Oilfield Supply, LLC**                          Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Safety Solutions LLC**<br>**7116 W. I-20**<br>**Midland, TX 79706** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $665.00 |
| ACCT #:<br>**Sentry Pumping Units International, Inc**<br>**250 N. Water, Ste 200**<br>**Wichita, KS 67202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $7,865.00 |
| ACCT #:<br>**Sentry Rig & Equipment, Inc.**<br>**250 N. Water, Suite #200**<br>**Wichita, KS 67202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $129,350.00 |
| ACCT #:<br>**Slough Equipment Company**<br>**P.O. Box 13587**<br>**Odessa, Texas  79768-3587** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $13,989.00 |
| ACCT #:<br>**SMC, Inc.**<br>**3409 Kermit Hwy**<br>**Odessa, Texas  79764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,022.00 |
| ACCT #:<br>**SMCO**<br>**6600 N. County Rd. West**<br>**Odessa, Texas  79764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,892.00 |

Sheet no. ____13____ of ____16____ continuation sheets attached to                          **Subtotal >**          $156,783.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        **Total >**

                                            **(Use only on last page of the completed Schedule F.)**

                                            **(Report also on Summary of Schedules and, if applicable, on the**

                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **BMC Oilfield Supply, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **1796**<br>**South Coast Products, LP**<br>**PO Box 450109**<br>**Houston, TX 77245** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt/Lawsuit**<br>REMARKS: | | | | **$10,033.00** |
| ACCT #:<br>**Southwest Oilfield Products**<br>**10340 Wallisville Rd**<br>**Houston, TX 77013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$21,070.00** |
| ACCT #:<br>**Specialty Sales, Inc.**<br>**PO Box 7746**<br>**Shreveport LA 71137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,430.00** |
| ACCT #:<br>**Stephen H. Nickey**<br>**1201 N. Mesa, Ste B**<br>**El Paso, TX 79902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - Forum US, Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Stewart McKeehan**<br>**617 E. 7th St**<br>**Odessa, TX 79761** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - HEAP Equipment Co.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Summit Supply Co.**<br>**PO Box 7124**<br>**Odessa, TX 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt/Judgment**<br>REMARKS: | | | X | **$113,690.00** |

Sheet no. ____14____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$146,223.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BMC Oilfield Supply, LLC**          Case No. _____
                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Supreme Mfg.**<br>**7102 Chippewa Blvd.**<br>**Houston, Texas 77086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $36,044.00 |
| ACCT #:<br>**TCI Coating**<br>**220 Industrial Blvd.**<br>**Austin, Texas  78745-1207** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $16,650.00 |
| ACCT #:<br>**Tejas Machine , Inc.**<br>**P.O. Box 1325**<br>**Spring, Texas  77383** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $766.00 |
| ACCT #:<br>**Thermal Scientific, Inc.**<br>**PO Box 314**<br>**Odessa, Texas 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $322.00 |
| ACCT #:<br>**Triple 8 Enterprises Inc.**<br>**PO Box 96677**<br>**Oklahoma City, OK 73143** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,050.00 |
| ACCT #:<br>**Triumph**<br>**13000 West Highway 80 East**<br>**Odessa, TX 79765** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $2,250.00 |

Sheet no. ____15____ of ____16____ continuation sheets attached to          Subtotal >   $57,082.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **BMC Oilfield Supply, LLC**                    Case No. _____

                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TSC Manufacturing & Supply**<br>**13788 West Rd, Ste 100**<br>**Houston, TX 77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt/Lawsuit**<br>REMARKS: | | | | $756,629.00 |
| ACCT #:<br>**TX Comptroller Of Public Accounts**<br>**4682 East University, Ste 200**<br>**Odessa, Texas 79762** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $11,732.00 |
| ACCT #:  **xx0505**<br>**Warren Cat**<br>**PO Box 842116**<br>**Dallas, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $925.00 |
| ACCT #:<br>**Well Guard**<br>**PO Box 1829**<br>**Waller, TX 77484** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $929.00 |
| ACCT #:<br>**Wilson Supply**<br>**P.O. Box 200822**<br>**Dallas, Texas 75320-0822** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,168.00 |
| ACCT #:<br>**WWL**<br>**P.O. Box 4574**<br>**Odessa, Texas 79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,653.00 |

Sheet no. ____16_____ of ____16____ continuation sheets attached to          **Subtotal >**          $773,036.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**          $2,169,804.24
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **BMC Oilfield Supply, LLC**     Case No. _____

     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **BMC Oilfield Supply, LLC**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Billy McLaughlin**<br>400 FM 1340<br>Hunt, TX  78024 | **Bulldog Specialties**<br>P.O. Box 7037<br>Odessa, Texas 79760 |
| **Billy McLaughlin**<br>400 FM 1340<br>Hunt, TX  78024 | **Certex USA, Inc./Stoehr Wire Rope**<br>PO Box 201553<br>Dallas, TX 75320-1553 |
| **Billy McLaughlin**<br>400 FM 1340<br>Hunt, TX  78024 | **Heap Equipment**<br>117 E. 1st St<br>Odessa, TX 79761 |
| **Billy McLaughlin**<br>400 FM 1340<br>Hunt, TX  78024 | **Mud King Products, Inc.**<br>15211 Woodham Drive<br>Houston, Texas  77073 |

B 6 Summary (Official Form 6 - Summary) (12/14)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re  **BMC Oilfield Supply, LLC**                              Case No.

                                                     Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $3,248,132.13 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $31,554.43 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $2,169,804.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 28 | $3,248,132.13 | $2,201,358.67 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **BMC Oilfield Supply, LLC**                                Case No. _____
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**30**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **9/18/2015**_____          Signature **/s/ Billy D. McLaughlin**_____
                                                                                  **Billy D. McLaughlin**
                                                                                  **Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:   **BMC Oilfield Supply, LLC**                                           Case No. _____

                                                                                                 (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$309,670.00** | **2015 Business income gross YTD** |
| **$227,000.00** | **2015 Business income gross est** |
| **$7,735,188.00** | **2013 Business income ($195,020 net)** |

None
☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BMC Oilfield Supply vs Summit Supply Company Cause No. CV-49524** | debt collection | **385 District Court Midland County, TX** | judgment |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:   **BMC Oilfield Supply, LLC**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Heap Equipment Company vs BMC Oilfield Supply Cause No. D-139,398** | debt collection | **385th District Court Ector County, TX** | **judgment** |
| **Forum US, Inc. vs BMC Oilfield Supply Cause No. CC1717537** | debt collection | **385th District Court Midland County, TX** | **judgment** |
| **South Coast Products vs BMC Oilfield Supply Cause No. CC18170** | debt collection | **County Court at Law Midland County, TX** | **pending** |
| **TSC Manufacturing Supply vs BMC Oilfield Supply Cause No. 201544918** | debt collection | **234th District Court Harris County, TX** | **pending** |

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re: **BMC Oilfield Supply, LLC**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Malaise Law Firm 909 N.E. Loop 410, Ste. 300 San Antonio, TX, 78209 | Pre petition | Atty Fees $5,250.00 Filing Fees $335.00 |

---

None
☐

### 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| OMT Supply, LLC 917 Oil Center Abilene, TX 79601 | 6/2015 | Various items, $652,301.04 Debtor rec $50,000 down payment and $7,500/mo beginning 7/1/2015. |

None
☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None
☐

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo | 2 checking accts | $0.00, 10/2014 |
| Wells Fargo | 2 checking accts | $0.00, 11/2014 |
| Wells Fargo | 2 checking accts | $0.00, 12/2014 |

---

None
☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  **BMC Oilfield Supply, LLC**                              Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**None** ☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

**None** ☐

### 15. Prior address of debtor

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **400 FM 1340**<br>**Hunt, TX 78024** | **BMC Oilfield Supply, LLC** | |
| **11308 W I-20 E**<br>**Odessa, TX 79765** | **BMC Oilfield Supply, LLC** | **8/2008 - 6/2015** |

---

**None** ☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **BMC Oilfield Supply, LLC**                                    Case No. _____

                                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **BMC Oilfield Supply, LLC**<br>**EIN 26-3176102** | **oilfield supplies** | **9/2008 - current** |

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Huselton, Morgan & Maultsby, PC**<br>**12221 Merit Dr, Ste 1800**<br>**Dallas, TX 75251** | **2012 - 2014** |
| **The Wilkerson Group**<br>**1026 Limestone Ave.**<br>**Odessa, TX 79761** | **2014  - current** |

None ☑

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:   **BMC Oilfield Supply, LLC**                                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Billy D. McLaughlin** | **400 FM 1340** |
| | **Hunt, TX 78024** |
| **The Wilkerson Group** | **1026 Limestone Ave.** |
| | **Odessa, TX 79761** |

---

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☐   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Billy D. McLaughlin**<br>**400 FM 1340**<br>**Hunt, TX 78024** | **Managing member/owner** | **50%** |
| **Dorothy M. McLaughlin**<br>**400 FM 1340**<br>**Hunt, TX 78024** | **Owner** | **50%** |

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **BMC Oilfield Supply, LLC**                      Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

None
☐

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Billy McLaughlin<br>400 FM 1340<br>Hunt, TX  78024 | 6/1/15 | $15,000 (estimate) |

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  9/18/2015 _____          Signature  /s/ Billy D. McLaughlin _____

                                                                                        **Billy D. McLaughlin**
                                                                                        **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **BMC Oilfield Supply, LLC**                                        CASE NO

                                                                                              CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐          NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **9/18/2015**                                        Signature  **/s/ Billy D. McLaughlin**
                                                                                    **Billy D. McLaughlin**
                                                                                    **Managing Member**


Date                                                          Signature

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **BMC Oilfield Supply, LLC**                               CASE NO

                                                                          CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$5,250.00** |
| Prior to the filing of this statement I have received: | **$5,250.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)
                        **$5,000 Debtor**
                        **$250 Billy McLaughlin**

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| **9/18/2015** | **/s/ J. Todd Malaise** | |
|---|---|---|
| *Date* | *J. Todd Malaise* | Bar No.  00796984 |
| | Malaise Law Firm | |
| | 909 NE Loop 410, STE 300 | |
| | San Antonio TX, 78209 | |
| | Phone: (210) 732-6699 / Fax: (210) 732-5826 | |

---

**/s/ Billy D. McLaughlin**

**Billy D. McLaughlin**
**Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **BMC Oilfield Supply, LLC**                              CASE NO

                                                                                      CHAPTER      **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/18/2015 _____                 Signature  _/s/ Billy D. McLaughlin_____
                                                                                     *Billy D. McLaughlin*
                                                                                     *Managing Member*


Date _____                 Signature _____

4-Star Hose and Supply
PO Box 541356
Dallas, Texas 75354-1356


Ace Industrial Supply
7535 N. San Fernando Blvd.
Burbank CA 91505-1044


Ace Specialties
PO Box 1189
Odessa, Texas 79760


AICCO, Inc.
P.O. Box 200455
Dallas, Texas 75320-0455


AIP Products Company, Inc.
P.O. Box 14088
Odessa, Texas  79768


American Cleaning Systems
PO Box 7252
Odessa, TX 79760


Atkins, Hollmann, Jones, Peacock
Lewis & Lyon
3800 E 42nd St, Ste 500
Odessa, TX 79762


Attorney General of the US
Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530


Austin Distributing
P.O. Box 7890
Amarillo, Texas 79114-7890

B-Line Filter & Supply, Inc.
PO BOX 4598
Odessa, TX 79760


Barnett & Garcia
3821 Juniper Trace, Ste 108
Austin, TX 78738


Basin Broadband, Inc
ATTN: Billing Department
394 NE 1250
Andrews, Texas  79714


BellNunnally
3232 McKinney Ave, Ste 1400
Dallas, Texas 75204-2429


Bestolife
P.O. Box 846127
Dallas, Texas 75284-6127


Billy McLaughlin
400 FM 1340
Hunt, TX  78024


Bishop Lifting Products, Inc.
P.O. Box 15619
Houston, Texas  77220


Black Gold Hot Shot, LLC
42 Kauai
Odessa, Texas 79762


Braselton & Co. Bill Braselton
P.O. Box 95903
Oklahoma City, OK 73143

Bridges Equipment LTD
P.O. Box 11335
Odessa, Texas 79760


Bronco Manufacturing LLC
12502 Mosielee St.
Houston, TX 77086


Bulldog Specialties
P.O. Box 7037
Odessa, Texas 79760


C & C Equipment Specialist Inc
PO Box 95571
Oklahoma City, OK 73143


C2C Resources
56 Perimeter East, Ste 100
Atlanta, GA 30346


Capital Premium Financing Inc
P.O. Box  660899
Dallas, Texas  75266-0899


Certex USA, Inc./Stoehr Wire Rope
PO Box 201553
Dallas, TX 75320-1553


Cherokee Rental
PO Box 13524
Odessa, TX 79768


Crowson Oilfield Specialty, Inc
P.O. Box 12241
Odessa, Texas 79768

Crume Sales
PO Box 69438
1603 S Marlin
Odessa, TX 79769

Custom Premium Finance LLC
784 Wall St, #110
PO Box 1506
O Fallon, Illinois  62269

Dandy Specialties Inc.
Dept 207
P.O. Box 4346
Houston, Tx  77210-4346

David V. Willson, II
1233 W. Loop South, Ste 1000
Houston, TX 77027

Delta Rigging  & Tools Inc
P.O. Box 671248
Dallas, Texas  75267-1248

Derrick Equipment Company
P.O. Box 301191
Dallas, Texas  75303-1191

Desert Energy Equipment Inc
P.O. Box 13290
Odessa, Texas  79768-3290

DXP Enterprise Inc
PO BOX 201791
Dallas, TX 75320-1791

E. C. Tool & Supply
P.O. Box 1286
Abilene, Texas  79604

External Systems USA, Inc
201 W. Washington Ave
Midland, Texas  79701-5056


Filmark Products, Inc
P.O. Box 60249
Midland, Texas  79711


Forum  US, Inc.
P.O. Box 203325
Dallas, Texas  75320-3325


Fran Sales & Service
3730 Kermit Hwy
Odessa, TX 79764


Fran Sales & Service
3730 Kermit Highway
Odessa, Texas  79764


Frost Brown Todd
P.O. Box 70087
Louisville, KY  40270-0087


Gasket Service
PO Box 2373
Odessa, TX 79760


Glass Doctor of Odessa
701 N. County Road
West Odessa, Texas 79763


Grainger
Dept. 874846835
P.O. Box 419267
Kansas City, MO  64141-6267

Greenberg, Grant & Richards, Inc.
PO Box 571811
Houston, TX 77257


H&D Distributors
3236 Irving Blvd
Dallas, Texas 75247


Heap Equipment
117 E. 1st St
Odessa, TX 79761


Horizon Cable
PO Box 270895
Oklahoma City, OK 73137


Huselton, Morgan & Maultsby, PC
12221 Merit Dr, Ste 1800
Dallas, TX 75251


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Batteries
P.O. Box 60264
Midland, Texas  79711


IV Kings Rig Technicians
2500 S. Crane Ave
Odessa, TX 79763


IV Kings Rig Technicians
PO Box 69570
Odessa, TX 79769

Jet Specialty, Inc
PO Box 678286
Dallas, Texas 75267-8286


M-I SWACO
P.O. Box 732135
Dallas, Texas,  75373-2135


MATTCO
12000 Eastex Freeway
Houston, Texas  77039


McCreary Veselka Bragg & Allen, PC
Attorneys at Law
PO Box 1310
Round Rock, TX 78680


McCreless Company
1318 N. Grant Ave.
Odessa, TX  79761


McJunkin Red Man Corp.
P.O. Box 676316
Dallas, TX 75267-6316


Midland Central Appraisal District
P.O. Box 908002
Midland, TX  79708-0002


Midland County
c/o Don Stecker
Linebarger Goggan Blair & Sampson
711 Navarro, Ste. 300
San Antonio, TX 78205

Midland RockHounds
5514 Champions Dr
Midland, TX 79706

Midland Rockhounds
5514 Champions Dr.
Midland, Texas 79706


Midwest Hose & Specialty
P.O. Box 96558
Oklahoma City, OK  73143


Monitronics Funding
Dept. CH 8628
Palatine, IL  60055-8628


Mud King Products, Inc.
15211 Woodham Drive
Houston, Texas  77073


Mud Pump Maintenance
P.O. Box  14018
Odessa, Texas  79768


Mudsmith, Ltd.
310 W. Wall, Suite 200
Midland, Texas  79701


National Hose & Accessory
1831 S. Richey Street
P.O. Box 4887
Pasadena, Texas  77502-4887


National Oilwell Varco
9720 Beechnut St
Houston, TX 77036


National Oilwell Varco
P.O. Box 200838
Dallas, Texas  75320-0838

NOV Fluid Control
PO Box 202631
Dallas, Texas 75320

NOV-Mission
P.O. Box 200338
Dallas, Texas  75320-0338

O'Drill / MCM
5055 Cranswick St.
Houston, TX 77041

Oil Works
2416 North FM 1936
P.O. Box 69170
Odessa, Texas 79769

OMT Supply, LLC
917 Oil Center
Abilene, TX 79601

Perdue Brandon Fielder Collins & Mott, L
1031 Andrews Hwy, Ste. 210
Midland, Texas 79701

Premium Oilfield Supply
6350 W. Sam Houston Pkwy N, Suite 150
Houston, TX 77041

R and P Rig Service
3715 N. County Rd. West
Odessa, TX 79763

Roughneck Supply, LLC
P.O. Box 858
Muskogee, OK 74402

Safety Solutions
P.O. Box 1191
Midland, Texas  79702


Safety Solutions LLC
7116 W. I-20
Midland, TX 79706


Sentry Pumping Units International, Inc
250 N. Water, Ste 200
Wichita, KS 67202


Sentry Rig & Equipment, Inc.
250 N. Water, Suite #200
Wichita, KS 67202


Slough Equipment Company
P.O. Box 13587
Odessa, Texas  79768-3587


SMC, Inc.
3409 Kermit Hwy
Odessa, Texas  79764


SMCO
6600 N. County Rd. West
Odessa, Texas  79764


South Coast Products, LP
PO Box 450109
Houston, TX 77245


Southwest Oilfield Products
10340 Wallisville Rd
Houston, TX 77013

Specialty Sales, Inc.
PO Box 7746
Shreveport LA 71137


Stephen H. Nickey
1201 N. Mesa, Ste B
El Paso, TX 79902


Stewart McKeehan
617 E. 7th St
Odessa, TX 79761


Summit Supply Co.
PO Box 7124
Odessa, TX 79760


Supreme Mfg.
7102 Chippewa Blvd.
Houston, Texas 77086


TCI Coating
220 Industrial Blvd.
Austin, Texas  78745-1207


Tejas Machine , Inc.
P.O. Box 1325
Spring, Texas  77383


Thermal Scientific, Inc.
PO Box 314
Odessa, Texas 79760


Triple 8 Enterprises Inc.
PO Box 96677
Oklahoma City, OK 73143

```
Triumph
13000 West Highway 80 East
Odessa, TX 79765


TSC Manufacturing & Supply
13788 West Rd, Ste 100
Houston, TX 77041


TX Comptroller Of Public Accounts
4682 East University, Ste  200
Odessa, Texas  79762


US Attorney's Office
601 NW Loop 410, Ste 600
San Antonio, TX 78216


VA Regional Office
Office of District Counsel
2515 Murworth Dr
Houston, TX 77054


Warren Cat
PO Box 842116
Dallas, TX 75284


Well Guard
PO Box 1829
Waller, TX 77484


Wilson Supply
P.O. Box 200822
Dallas, Texas  75320-0822


WWL
P.O. Box 4574
Odessa, Texas  79760
```